**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
--------------------------------------------------------------------X

MENGNI SUN,                                                                 **Case No: 20-cv-01925**
*on her own behalf and on behalf of others similarly situated*
                   Plaintiff,                          **NOTICE OF ACCEPTANCE**
                   v.                                 **OF DEFENDANTS OFFER**
BEAUTY LALA INC.                                                            **OF JUDGMENT**
       d/b/a Sasa Nails and Spa; and                       **PURSUANT TO RULE 68**
NEW SA SA NAIL LLC
       d/b/a Sasa Nails and Spa;
JIDONG WU
       a/k/a Ji Dong Wu,
LILI GAO
       a/k/a Li Li Gao,
JINSONG HUANG
       a/k/a Jin Song Huang,
LUJING WU
       a/k/a Lu Jing Wu, and
GUANHUA HUANG
       a/k/a Guan Hua Huang
                                       Defendants.
--------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff MENGNI SUN, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendants BEAUTY LALA INC. d/b/a Sasa Nails and Spa; JIDONG WU a/k/a Ji Dong Wu; LILI GAO a/k/a Li Li Gao; JINSONG HUANG a/k/a Jin Song Huang; and LUJING WU a/k/a Lu Jing Wu's Offer of Judgment to Plaintiff's dated June 22, 2021 attached hereto as Exhibit A.


Dated: Flushing, New York
       June 22, 2021

                                TROY LAW, PLLC
                                *Attorney for the Plaintiffs*


                                __/s/__    John Troy_____
                                John Troy (CT30804)

TROY LAW, PLLC
*Attorneys for the Plaintiffs*
John Troy (CT30804)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**Case No: 20-cv-01925**

--------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

MENGNI SUN,
*on her own behalf and on behalf of others similarly*
*situated*

                                        Plaintiff,
                                v.

BEAUTY LALA INC.
        d/b/a Sasa Nails and Spa; and
NEW SA SA NAIL LLC
        d/b/a Sasa Nails and Spa;
JIDONG WU
        a/k/a Ji Dong Wu,
LILI GAO
        a/k/a Li Li Gao,
JINSONG HUANG
        a/k/a Jin Song Huang,
LUJING WU
        a/k/a Lu Jing Wu, and
GUANHUA HUANG
        a/k/a Guan Hua Huang
    a/k/a Jack Ren,
                                Defendants.

--------------------------------------------------------------x

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of

Defendants' Offer of Judgment was served on the Defendants of this action by causing a copy to

be sent *via* ECF to their Attorney of Record.


Dated: Flushing, New York
        June 22, 2021

                                        TROY LAW, PLLC
                                        *Attorney for the Plaintiff*


                                         /s/     John Troy
                                                John Troy (CT30804)