**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------------------------------x
MENGNI SUN,
*on her own behalf and on behalf of others similarly situated*

                        Plaintiff,

                        v.

BEAUTY LALA INC.
     d/b/a Sasa Nails and Spa; and                 **Case No: 20-cv-01925**
NEW SA SA NAIL LLC
     d/b/a Sasa Nails and Spa;                      **REVISED**
JIDONG WU                                                   **JUDGMENT**
     a/k/a Ji Dong Wu,
LILI GAO
     a/k/a Li Li Gao,
JINSONG HUANG
     a/k/a Jin Song Huang,
LUJING WU
     a/k/a Lu Jing Wu, and
GUANHUA HUANG
     a/k/a Guan Hua Huang
     a/k/a Jack Ren,
                          Defendants.
-----------------------------------------------------------x

The Honorable **Jeffrey A. Meyer**, District Judge:

      Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants BEAUTY LALA INC. d/b/a Sasa Nails and Spa; JIDONG WU a/k/a Ji Dong Wu; LILI GAO a/k/a Li Li Gao; JINSONG HUANG a/k/a Jin Song Huang; and LUJING WU a/k/a Lu Jing Wu, having offered to allow judgment be taken against them by consent Plaintiff MENGNI SUN in this action for a sum of **Twenty Five Thousand Dollars ($25,000)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors' are liable in this action or that consent Plaintiff MENGNI SUN suffered any damage; Plaintiff MENGNI SUN, through John Troy, Troy Law PLLC, on having accepted and provided notice that she has accepted Defendants' Offer of

Judgment, dated June 22, 2021, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of **Twenty Five Thousand Dollars ($25,000),** jointly and severally against Defendants BEAUTY LALA INC. d/b/a Sasa Nails and Spa; JIDONG WU a/k/a Ji Dong Wu; LILI GAO a/k/a Li Li Gao; JINSONG HUANG a/k/a Jin Song Huang; and LUJING WU a/k/a Lu Jing Wu and is due within 14 days after accepting offer of judgment.

WHEREAS if any amounts remain unpaid, upon the aforementioned schedule, that post-judgment interest shall accrue pursuant to 28 U.S.C. 1961; and

WHEREAS upon the expiration of 90 days following the issuance of judgment, or 90 days after expiration of the time of appeal and no appeal is then pending, or 90 days following a default whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL 198(4).

Dated:  7/6/21                                              /S/_____
                                                                          Jeffrey A. Meyer, U.S.D.J.